UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF NEW HAMPSHIRE

<u>United States of America</u>

        v.                               Case No.  10-cr-45-01/02-SM

<u>Andrew B. Gray, Jr. and</u>
<u>Thomas E. Pelkey</u>

## O R D E R

Defendant Gray's motion to continue the final pretrial conference and trial is granted (document 15).  Trial has been rescheduled for the September 2010 trial period.  Defendant Gray shall file a waiver of speedy trial rights not later than June 7, 2010.  On the filing of such waiver, his continuance shall be effective.

The Court finds that the ends of justice served by granting a continuance outweigh the best interest of the public and the defendant in a speedy trial, 18 U.S.C. § 3161(h)(8)(B)(iv), in that failure to grant a continuance would unreasonably deny defendant the reasonable time necessary for effective preparation taking into account the exercise of due diligence under the circumstances.

**Final Pretrial Conference:**   September 9, 2010 at 1:30 p.m.

**Jury Selection**: September 21, 2010 at 9:30 a.m.

SO ORDERED.

*[signature]*
Steven J. McAuliffe
Chief Judge

May 28, 2010

cc: Mark Sisti, Esq.
Sven Wiberg, Esq.
Clyde R.W. Garrigan, AUSA
US Probation
US Marshal