UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF NEW HAMPSHIRE

<u>United States of America</u>

       v.                        Case No.  10-cr-45-01/02-SM

<u>Andrew B. Gray, Jr. and</u>
<u>Thomas E. Pelkey</u>

O R D E R

Defendant Gray's motion to continue the final pretrial conference and trial is granted  (document 20).   Trial has been rescheduled for the December 2010 trial period.   Defendant Gray  shall file a waiver of speedy trial rights not later than September 2,  2010.    On the filing of such waiver, his continuance shall be effective.

The Court finds that the ends of justice served by granting a continuance outweigh the best interest of the public and the defendants in a speedy trial, 18 U.S.C. § 3161(h)(8)(B)(iv), in that failure to grant a continuance would unreasonably deny defendants the reasonable time necessary for effective preparation taking into account the exercise of due diligence under the circumstances.

**Final Pretrial Conference:**    November  23, 2010  at 1:30 p.m.

**Jury Selection**:  December 7, 2010  at 9:30 a.m.

SO ORDERED.

Steven J. McAuliffe
Chief Judge

August 24, 2010

cc:   Mark Sisti, Esq.
      Sven Wiberg, Esq.
      Clyde R.W. Garrigan, AUSA
      US Probation
      US Marshal