UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF NEW HAMPSHIRE

United States of America

      v.                                      Case No.  10-cr-45-01/02-SM

Andrew B. Gray, Jr. and
Thomas E. Pelkey

O R D E R

Defendant Pelkey's motion to continue the final pretrial conference and trial is granted (document 33). No further continuances absent extraordinary circumstances. Trial has been rescheduled for the May 2011 trial period. Defendant Pelkey shall file a waiver of speedy trial rights not later than March 14, 2011. On the filing of such waiver, his continuance shall be effective.

The Court finds that the ends of justice served by granting a continuance outweigh the best interest of the public and the defendants in a speedy trial, 18 U.S.C. § 3161(h)(8)(B)(iv), in that failure to grant a continuance would unreasonably deny defendants the reasonable time necessary for effective preparation taking into account the exercise of due diligence under the circumstances.

**Final Pretrial Conference:**   May 6, 2011  at 11:30 a.m.

**Jury Selection**:  May  17, 2011  at 9:30 a.m.

SO ORDERED.

/s/ Steven J. McAuliffe
Steven J. McAuliffe
Chief Judge

March 3, 2011

cc: Mark Sisti, Esq.
Sven Wiberg, Esq.
Clyde R.W. Garrigan, AUSA
US Probation
US Marshal