UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF NEW HAMPSHIRE

United States of America

          v.                      Case No.  10-cr-45-02-SM

Thomas E. Pelkey

O R D E R

Defendant Pelkey's motion to continue the trial for ninety days is granted
(doc. no. 41).   Trial has been rescheduled for the August 16, 2011 trial period.
Defendant  Pelkey shall file a waiver of speedy trial rights not later than
May 23,  2011.   On the filing of such waiver, his continuance shall be effective.


The Court finds that the ends of justice served by granting a continuance
outweigh the best interest of the public and the defendant in a speedy trial, 18
U.S.C. § 3161(h)(8)(B)(iv), in that failure to grant a continuance would
unreasonably deny defendant the reasonable time necessary for effective
preparation taking into account the exercise of due diligence under the
circumstances.

**Final Pretrial Conference:**    August 1, 2011  at 10:30 a.m.

**Jury Selection**:  August 16, 2011  at 9:30 a.m.

SO ORDERED.

Steven J. McAuliffe
Chief Judge

May 17, 2011

cc:    Sven Wiberg, Esq.
       Clyde R.W. Garrigan, AUSA
       US Probation
       US Marshal