UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF NEW HAMPSHIRE

<u>United States of America</u>

        v.                        Case No.  10-cr-45-02-SM

<u>Thomas E. Pelkey</u>

<u>O R D E R</u>

Defendant Pelkey's motion to continue the final pretrial conference and trial is granted in part (document 48). Trial has been rescheduled for the September 2011 trial period. Defendant Pelkey shall file a waiver of speedy trial rights not later than August 8, 2011. On the filing of such waiver, his continuance shall be effective.

The Court finds that the ends of justice served by granting a continuance outweigh the best interest of the public and the defendant in a speedy trial, 18 U.S.C. § 3161(h)(8)(B)(iv), in that failure to grant a continuance would unreasonably deny defendant the reasonable time necessary for effective preparation taking into account the exercise of due diligence under the circumstances.

**Final Pretrial Conference:**   September 9, 2011  at 2:30 p.m.

**Jury Selection**:  September 20, 2011  at 9:30 a.m.

SO ORDERED.

_____
Steven J. McAuliffe
Chief Judge

July 29, 2011

cc: Mark Sisti, Esq.
    Sven Wiberg, Esq.
    Clyde R.W. Garrigan, AUSA
    US Probation
    US Marshal